```
 1  Jason Vogelpohl, Esq.,
    Central Coast Bankruptcy, Inc.
 2  532 Pajaro St.
    Salinas, CA 93901
 3  831.783.0260
    831.783.0232 fax
 4

 5  Attorney for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

PEREZ, Silverio

PEREZ, Ana Maria

    Debtors,

_____/

No: 10-59086 ASW
Chapter 13
**MOTION BY DEBTORS TO MODIFY LOAN OF REAL PROPERTY**

**Hearing Date: NOT SET**

1. This case was commenced by the filing on August 31, 2010 of a voluntary petition for relief under Chapter 13 of the bankruptcy code. The plan was confirmed on February 10, 2011.
2. Debtors disclosed in their schedules their mortgage with BAC Home Loans Servicing on their property located at 150 Johnson Rd., Watsonville, CA, 95076.
3. With this motion they are seeking court approval to modify the loan.
4. The Account Number of the loan is 116390509.
5. The New Principal Balance less the Deferred Principal Balance shall be $350,000.00.

6. The new interest rate will be 2.000% for years 1 through 5, 3.000% for year 6 and 3.375% for years 7 through 24.

7. The estimated final payment will $32,452.80.

8. The New Term will be 288 months.

9. There are no fees associated with this agreement.

Dated: January 25, 2013

                                                CENTRAL COAST BANKRUPTCY, INC.

                                                By /s/ Jason Vogelpohl
                                                    Bar No. 242507